UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROSA M. LUGO TORRES, ET AL.,

    Plaintiff(s)

    v.                      Civ. No. 97-2440(PG)

WALTER TORRES MALDONADO, ET AL.,

    Defendant(s)

| MOTION | ORDER |
|---|---|
| Docket #59 - Motion Submitting Exhibits in Their Original Spanish Version | Granted |

Date: November 18, 1999.

JUAN M. PEREZ-GIMENEZ


