# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

ROSA M. LUGO-TORRES, et al.,
    Plaintiff,

      v.                Civil No. 97-2440 (PG)

WALTER TORRES-MALDONADO, et al.,
    Defendants.

| MOTION | ORDER |
|---|---|
| Docket #65 - Motion In Reply To Plaintiffs' Motion Regarding Codefendants' Motion Requesting Leave To Reply Pursuant To Local Rule 311.7. | *Granted* |
| Docket #66 - Reply To Plaintiffs' Opposition to Defendants' Motion For Summary Judgment. | *Noted* |

Date: ~~January~~ February 22 , 2000.

*Juan M. Pérez Giménez*
JUAN M. PEREZ-GIMENEZ
U.S. District Judge