UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROSA M. LUGO TORRES, et al

   Plaintiff(s)

        v.                                CIVIL NUMBER: 97-2440(JAG)

WALTER TORRES MALDONADO,
et al

   Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 12/28/99<br>**Title:** Motion to Join and/or Adopt Motion for Summary Judgment<br>**Docket:** #67<br>[ ] Plffs   [x] Defts   [ ] Other | **GRANTED.** |

Date: 08/18/00

JAY A. GARCIA-GREGORY
U.S. District Judge