## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

LUGO-TORRES, ET AL

    Plaintiff(s)

    v.       CIVIL NUMBER: 97-2440 (JAG)

TORRES-MALDONADO

    Defendant(s)

| MOTION | ORDER |
|---|---|
| **Title:** Motion for Joinder with Co-defendant Jose Franqui's Motion for Summary Judgment (by Dft Torres, 03/31/99); Motion for Joinder with Co-defendant Jose Franqui's Motion for Summary Judgment (by Dft Santos, 04/01/99); Motion for Joinder with Co-defendant Jose Franqui's Motion for Summary Judgment (by Dft Municipality of Fajardo, 04/07/99); Motion for Leave to File Reply to the Opposition to the Various Motions for Summary Judgment (by Dft Franqui, 12/09/99)<br>**Dockets:** 42, 43, 44, 63<br>[ ] Plffs  [x] Defts  [ ] Other | **GRANTED.** |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 06/29/00<br>**Title:** Motion to Withdraw as Attorney<br>**Docket:** 69<br>[ ] Plffs  [x] Defts  [ ] Other | **GRANTED** as requested. |

Date: 10/04/00

JAY A. GARCIA-GREGORY
U.S. District Judge

