UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUGO-TORRES, ET AL

**Plaintiff(s)**

v.                                                  CIVIL NUMBER: 97-2440 (JAG)

TORRES-MALDONADO

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Title:** Motion to Accept Spanish Language Documents filed with the Motion for Summary Judgment (by Dft, 03/24/99); Motion to Accept Spanish Language Documents filed with the Motion for Summary Judgment (by Dft, 08/30/99); Motion to Accept Spanish Language Documents filed with their Opposition to the Motions for Summary Judgment (by Plf, 11/30/99)<br>**Dockets:** 38, 54, 62<br>[ ] **Plffs**    [ ] **Defts**    [ ] **Other** | To the extent that it has not been done already, the Court grants a period of 60 days from the date of this order to file certified translations. |

**Date:** 10/04/00

JAY A. GARCIA-GREGORY
U.S. District Judge