UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUGO-TORRES, ET AL

**Plaintiff(s)**

v.   CIVIL NUMBER: 97-2440 (JAG)

TORRES-MALDONADO

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Title:** Motion to Extend Time Until After the Discovery is Terminated to File an Opposition to the Motion for Summary Judgment (03/30/99); Motion to Request that they be Allowed to Finish their Discovery, etc. (04/12/99); Motion to Extend Time for at Least 60 Days After the End of Discovery, etc. (07/14/99)<br>**Dockets:** 41, 45, 49<br>[x] Plffs   [ ] Defts   [ ] Other | Given the time period that has elapsed since the date of this motion, the plaintiffs are hereby granted a period of 60 days from the date of this order to file any opposition they wish to file in response to any motion for summary judgment that remain unopposed. |

Date: 10/04/00

JAY A. GARCIA-GREGORY
U.S. District Judge

