## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

ROSA M. LUGO TORRES, et al

**Plaintiff(s)**

v.  CIVIL NUMBER: 97-2440(JAG)

WALTER TORRES MALDONADO,
et al

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 01/19/01<br>**Title:** Motion Requesting Leave to Withdraw as Legal Counsel for the Defendants<br>**Docket:** 75<br>[ ] **Plffs**   [x] **Defts**   [ ] **Other** | The court grants attorney José R. Pérez-Hernández leave to withdraw as legal counsel for the defendants Southwestern Consortium, Julia Monagas and Leonardo Santos. As well, the court grants the defendants a period of forty five (45) days to announce their new legal representation. |

Date: February 20, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

