UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROSA M. LUGO TORRES, et al

**Plaintiff(s)**

v.    CIVIL NUMBER: 97-2440(JAG)

WALTER TORRES MALDONADO,
et al

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| Date Filed: 03/27/01<br>Title: Motion of Withdrawal of Counsel<br>Docket: 79<br>[ ] Plffs   [x] Defts   [ ] Other | **GRANTED** as requested. |

Date: April 10, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge