## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

ROSA M. LUGO TORRES, et al

**Plaintiff(s)**

v.                   **CIVIL NUMBER:** 97-2440(JAG)

WALTER TORRES MALDONADO, et al

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Title:** Motion for Leave to Submit Documents in their Spanish Language Pursuant to Local Rule 108.1 (01/25/01); Motion Requesting Leave to Withdraw Legal Representation (03/16/01); Motion to Announce New Legal Representation (04/17/01) <br> **Docket:** 76, 78, 81 <br> [ ] **Plffs**   [x] **Defts**   [ ] **Other** | **GRANTED.** |

**Date:** April 23, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge


