IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROSA M. LUGO TORRES, et al

    **Plaintiff(s)**

    v.                         CIVIL NO. 97-2440 (JAG)

WALTER TORRES MALDONADO, et al

    **Defendant(s)**

## ORDER

Pending before the Court are Dockets # 37, 46, 48, 57, 61, 63, 64, 65, 66. The Court hereby refers these motions to Magistrate-Judge Aida M. Delgado for a report and recommendation.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 20th day of June, 2001.

JAY A. GARCIA-GREGORY
U.S. District Judge

s/cc:to (6)
attys/pts
in ICMS

JUN 2 2 2001