# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

ROSA M. LUGO-TORRES, et al.,
    Plaintiffs

v.

WALTER TORRES-MALDONADO, et al.,
    Defendants

Civil No. 97-2440(JAG)

RECEIVED AND FILED
'01 JUL 23 PM 12:42
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

## ORDER

| MOTION | RULING |
| --- | --- |
| Docket No. 46<br>Motion for Production of Documents | The motion is Stricken as pursuant to Local Rule 315 Requests for Production of Documents are not filed with the Court. |
| Docket No. 63<br>Defendants Franqui and Torres' Motion Requesting Leave to Reply Pursuant to Local Rule | Granted. |

SO ORDERED.

DATE: July 17, 2001

AIDA M. DELGADO-COLON
U.S. Magistrate-Judge

c/o: E. Aldarondo
E. Lopez
J. Palerm
R. Velasco
A. Luciano
C. Aliff 7/23/01