UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROSA M. LUGO TORRES, et al

    **Plaintiff(s)**

    v.                                    CIVIL NO.   97-2440 (JAG)

WALTER TORRES MALDONADO,
et al

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 04/04/02<br>**Title:** Motion Requesting Extension of Time to file Objections to the Magistrate-Judge Report and recommendation<br>**Docket:** 90<br><br>[ ] Plffs    [X] Defts    [ ] Other | Defendants shall have until April 15, 2002 to file their objections. No further extension requests shall be granted. |

Date: April 9, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge


