CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2002 APR 11  AM 10: 41

RECEIVED AND FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROSA M. LUGO TORRES, et al

**Plaintiff(s)**

v.  CIVIL NO. 97-2440 (JAG)

WALTER TORRES MALDONADO, et al

**Defendant(s)**

---

### ORDER

The Court shall hold a Pretrial and Settlement Conference on **May 10, 2002 at 10:00 a.m.**  The parties' principals shall be available throughout the conference (in person or by telephone) to assist in settlement negotiations.

The Jury Trial in this matter shall take place on **June 3, 2002** at **9:30 a.m.**

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 9th day of April 2002.

_____
JAY A. GARCIA-GREGORY
United States District Judge

Jury Clerk
CT Deputy