UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**                           DATE: APRIL 29, 2002

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**        **CASE NO.CIVIL 97-2440 (JAG)**

================================================================

ROSA M. LUGO TORRES                   ATTORNEYS:

      VS

WALTER TORRES MALDONADO

---

By Order of the Court the pretrial conference in the above-mentioned case set for May 10, 2002 at 10:00 AM is hereby rescheduled for 3:00 PM.

    Parties to be notified.

                                                  _____
                                                  Lily Alicea-Courtroom Deputy