CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2002 APR 30  AM 11: 15

RECEIVED AND FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROSA LUGO-TORRES, et al.

    **Plaintiffs,**　　　　　　　　CIVIL NO. 97-2440(JAG)

    v.

WALTER TORRES-MALDONADO, et al.

    **Defendants**

---

**PARTIAL JUDGMENT**

In accordance with the Memorandum and Order entered today, the Court enters judgment as follows:

1. Dismissing with prejudice plaintiffs's claims pursuant to 42 U.S.C. § 1985(3);

2. Dismissing with prejudice plaintiffs Martínez and Vega's claims against defendant Franqui;

3. Dismissing with prejudice plaintiffs González and Martínez against defendant Santos;

4. Dismissing with prejudice plaintiffs Centeno, Pacheco, and González against defendant Santos.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 25th day of April, 2002.

_____
JAY A. GARCIA-GREGORY
U.S. District Judge