IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROSA LUGO-TORRES, et al.

    **Plaintiffs,**

    v.

WALTER TORRES-MALDONADO, et al.

    **Defendants**

CIVIL NO. 97-2440(JAG)

### ORDER

    Defendants Walter Torres Maldonado and José Franqui González's motion requesting leave to withdraw as legal counsel and continuance of the Pre-Trial Conference and Trial dates is denied. The Pre-Trial Conference and Trial dates shall stand. See Docket Nos. 93, 97. Counsel may seek to withdraw only after certifying that successor counsel shall be ready for trial by June 3, 2002.

    Moreover, the Court notes that the parties have failed to file a proposed Pre-Trial Order by May 6, 2002, as required under the Court's Trial Scheduling Order. See Docket No. 97. The Court orders the parties to comply with its previous order by **May 9, 2002 at 5:00 p.m.** (with courtesy copies delivered to Chambers), or face sanctions pursuant to Fed. R. Civ. P. 37.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 8th day of May, 2002.

JAY A. GARCIA-GREGORY
United States District Judge

