UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROSA M. LUGO TORRES, et al.

    **Plaintiffs**

    v.                                        CIVIL NO.   97-2440 (JAG)

WALTER TORRES MALDONADO,
et al.

    **Defendants**

---

**ORDER**

    The Court has reviewed defendants' "Urgent Motion Requesting Reconsideration of Order," filed earlier today. Before ruling on this motion, the Court wishes to clarify a few matters.

    The defendants have suggested, now for the second time, that they have had to prepare for trial "in little over a month...." (Motion at 3.) They are mistaken. On **April 11, 2002**, the Court issued an order setting forth a trial date of **June 3, 2002**. (Docket No. 93.) Despite knowing about the Pre-Trial and Trial dates for almost a month, it was not until **May 6, 2002, four days before the scheduled May 10, 2002 Pre-Trial Conference date**, that defendants decided to file their eleventh-hour, self-created emergency motion requesting a continuance. (Docket No. 102.) Defendants had time to alert the Court of the facts alleged in their motion **well** before this week. They chose not to do so until May 6, 2002. They must live with the consequences of that decision.

    Moreover, this is a 1997 case, and there has not been a stay in effect at any time during the pendency of this litigation. The notion that defendants could be surprised by a Court order informing them that this case will finally reach the trial stage is simply preposterous.

    Trial will proceed as scheduled on **June 3, 2002**. The Pre-Trial Conference is hereby rescheduled to **May 28, 2002, at 4:00 p.m.** The Court is granting defendants additional preparation time in deference to the goodwill that the Federal Litigation

Division's director has accumulated through his hard work and professionalism in past cases. The Court must warn all Department of Justice attorneys that while it understands their current situation, it expects full compliance with its orders in the future.

The Court grants attorney Leticia Ramirez-Rangel leave to withdraw as counsel. Successor counsel shall make an appearance by **May 16, 2002.**

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 9th day of May, 2002.

_____
JAY A. GARCIA-GREGORY
United States District Judge