UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROSA M. LUGO TORRES, et al

**Plaintiff(s)**

v.                                              CIVIL NO.   97-2440 (JAG)

WALTER TORRES MALDONADO,
et al

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 05/02/02<br>**Title:** Special Appearance to Correct the Record<br>**Dockets:** 101 | **GRANTED** as requested. |

[ ] **Plffs**   [ ] **Defts**   [ ] **Other**

Date: May 9, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge

s/cs:to ( 5 )
attys/pts
in ICMS
MAY 1 3 2002