UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROSA M. LUGO TORRES, et al

    **Plaintiff(s)**

    v.                                CIVIL NO.    97-2440 (JAG)

WALTER TORRES MALDONADO,
et al

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 05/07/02<br>**Title:** Motion to Enter Appearance and to Join Codefendants' Request for Continuance of Pretrial and Trial Settings<br>**Dockets:** 103<br>[ ] Plffs    [X] Defts    [ ] Other | **DENIED.** |
| **Date Filed:** 05/07/02<br>**Title:** Motion to Alter Partial Judgment Pursuant to Rule 59(e) of the F.R.C.P.<br>**Dockets:** 104<br>[X] Plffs    [ ] Defts    [ ] Other | **GRANTED** as requested. |
| **Date Filed:** 05/07/02<br>**Title:** Urgent Motion (1) in Opposition to Urgent Motion Requesting Leave to Withdraw as Legal Counsel and Continuance of the Pretrial, etc.<br>**Dockets:** 105<br>[X] Plffs    [ ] Defts    [ ] Other | **MOOT.** |

Civil No. 97-2440 (JAG) 2

| MOTION | ORDER |
|---|---|
| **Date Filed:** 05/07/02<br>**Title:** Second Urgent Motion Requesting that Defendants Southwestern Consortium, Julia Monagas and Leonardo Santos' Pleadings be Stricken Pursuant to Rule 37 of the Fed. R. Civ. P., for Failure to Comply with Court Orders<br>**Dockets:** 106<br>[X] Plffs   [ ] Defts   [ ] Other | **MOOT** as to Southwestern Consortium. See Docket 103. The other defendants shall respond by May 17, 2002. |
| **Date Filed:** 05/09/02<br>**Title:** Motion Requesting that Certain Fact be Deemed Established Pursuant to Rules 1 and 56(d) of the F.R.C.P.<br>**Dockets:** 108<br>[X] Plffs   [ ] Defts   [ ] Other | Defendants shall oppose by May 20, 2002. |

Date: May 10, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge

s/cs:to ( 5 )
attys/pts
in ICMS

MAY 1 3 2002