UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2002 MAY 14  AM 8:48

RECEIVED AND FILED

ROSA M. LUGO TORRES, et al

**Plaintiff(s)**

v.                                    CIVIL NO.    97-2440 (JAG)

WALTER TORRES MALDONADO,
et al

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 05/09/02<br>**Title:** Urgent Motion Requesting Reconsideration of Denial of Petition for Conversion of Pretrial Conference into Status Conference<br>**Dockets:** 111<br><br>[ ] Plffs   [X] Defts   [ ] Other | **MOOT.** See Court Order dated **May 9, 2002**. That Order rescheduled the Pretrial date for **May 28, 2002**. The **June 3, 2002** trial date shall stand. |

Date: May 10, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge

