CLERK'S OF,
U.S. DISTRICT (
SAN JUAN,

2002 MAY 14 AM

RECEIVED AND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROSA M. LUGO TORRES, et al

    **Plaintiff(s)**

        v.                      CIVIL NO.    97-2440 (JAG)

WALTER TORRES MALDONADO,
et al

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 05/09/02<br>**Title:** Motion Reiterating Request that Defendants Southwestern Consortium, Julia Monagas, Leonardo Santos, Jose A. Franqui Gonzalez and Walter Torres Maldonado, etc.<br>**Dockets:** 114<br>[X] Plffs   [ ] Defts   [ ] Other | Defendants shall oppose by May 20, 2002. |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 05/09/02<br>**Title:** Opposition to "Urgent Motion Requesting Reconsideration of Order"<br>**Dockets:** 113<br>[X] Plffs   [ ] Defts   [ ] Other | **MOOT.** |

Date: May 10, 2002

                                 JAY A. GARCIA-GREGORY
                                 U.S. District Judge


