UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROSA M. LUGO TORRES, et al

    **Plaintiff(s)**

    v.       CIVIL NO.  97-2440 (JAG)

WALTER TORRES MALDONADO,
et al

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 05/13/02<br>**Title:** Motion Requesting that Certain Documents Propounded by the Plaintiffs be Admitted in the Spanish Language<br>**Dockets:** 119 | **DENIED.** The Trial Scheduling Order plainly states that "[T]he Court will strictly enforce this translation requirement and will not admit any exhibit not in [the] English language." |

[X] **Plffs**   [ ] **Defts**   [ ] **Other**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 05/10/02<br>**Title:** Informative Motion<br>**Dockets:** 118 | **NOTED.** |

[X] **Plffs**   [ ] **Defts**   [ ] **Other**

Date: May 15, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge

