UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROSA M. LUGO TORRES, et al

    **Plaintiff(s)**

v.                                          **CIVIL NO.**    97-2440 (JAG)

WALTER TORRES MALDONADO,
et al

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 05/20/02<br>**Title:** Opposition to Motion Requesting that Certain Facts be Deemed Established (by Torres Maldonado)<br>**Dockets:** 124<br>[ ] **Plffs**   [X] **Defts**   [ ] **Other** | This will be discussed and ruled upon during the Pretrial Conference. |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 05/21/02<br>**Title:** Motion Reiterating Request to Have Defendant Julia Monagas and Leonardo Santos' Pleadings Stricken, etc.<br>**Dockets:** 128<br>[X] **Plffs**   [ ] **Defts**   [ ] **Other** | This will be discussed during the Pretrial Conference. |

Date: May 24, 2002

                              JAY A. GARCIA-GREGORY
                              U.S. District Judge

