UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROSA M. LUGO TORRES, et al

**Plaintiff(s)**

v.  CIVIL NO.   97-2440 (JAG)

WALTER TORRES MALDONADO,
et al

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 05/20/02<br>**Title:** Motion Joining Request for Extension of Time (by Torres Maldonado); Motion Requesting Brief Extension of Time, etc. (by Southwestern)<br>**Dockets:** 126, 125<br>[ ] **Plffs**   [X] **Defts**   [ ] **Other** | **GRANTED.** |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 05/21/02<br>**Title:** Opposition to Motion Requesting Brief Extension of Time to Address Plaintiff Request for Admissions, etc.<br>**Dockets:** 127<br>[X] **Plffs**   [ ] **Defts**   [ ] **Other** | **DENIED.** |

Date:  May 24, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge