UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROSA M. LUGO TORRES, et al

**Plaintiff(s)**

v.    CIVIL NO.    97-2440 (JAG)

WALTER TORRES MALDONADO,
et al

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 05/09/02<br>**Title:** Motion by Defendants for Reconsideration of Order Denying the Continuation of Pretrial Conference and Trial and the Withdrawal of Attorney<br>**Dockets:** 112<br><br>[ ] Plffs   [ X ] Defts   [ ] Other | **MOOT.** See ruling on Docket No. 110. |
| **Date Filed:** 05/17/02<br>**Title:** Notice of Appearance<br>**Dockets:** 123<br><br>[ ] Plffs   [ X ] Defts   [ ] Other | **NOTED.** |

Date: May 28, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge