UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**:  DATE: MAY 28, 2002

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**   CASE NO. CIVIL 97-2440 (JAG)

==========================================================================

ROSA M. LUGO TORRES                Attorneys: ELIEZER ALDARONDO
                                              CLAUDIO ALIFF
          VS

WALTER TORRES MALDONADO            MARTA VILA
                                   ERNESTO LOPEZ SOLTERO
                                   JUAN RAFAEL GONZALEZ MUNOZ
                                   CARLOS DEL VALLE
                                   KENNETH COLON

---

Case called for pretrial conference. Defendant has just filed a motion to dismiss for lack of jurisdiction which is argued by defendants and strongly opposed by plaintiffs. Court will rule on it at a later date.
   Law 100 claims are dismissed by the Court.
   As to plaintiff's uncontested facts defendants accept 3 to 9, 11, 12, 13, 14 and 16 they do not accept 2, 15, 17 and 18.
   Motions 125 and 127 are moot. The request by plaintiff for entry of default of Leonardo Santos and Julia Monagas is denied by the Court. Plaintiff's motion in limine requesting that witnesses Carmen Velazquez and Denise Maldonado not be allowed is granted. Therefore the documents related to these witnesses will not be used. Plaintiff's attorney request that they be allowed to present the evaluations prior to 1997 is granted.
   Court adopts the proposed pretrial order with the amendments made that will be filed.
   Case will proceed to trial as set. The jury selection will be held on June 3, 2002 before Magistrate Castellanos.
   Parties to be notified.

_____
Lily Alicea-Courtroom Deputy