UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROSA M. LUGO TORRES, et al

    **Plaintiff(s)**

    v.                                 CIVIL NO.  97-2440 (JAG)

WALTER TORRES MALDONADO,
et al

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 05/29/02<br>**Title:** Motion in Compliance with Court Order and Supplementing Stipulated Facts Listed in the Pretrial Order<br>**Dockets:** 141<br><br>[ ] **Plffs**   [ ] **Defts**   [ ] **Other** | **GRANTED.** |

Date: June 10, 2002                 JAY A. GARCIA-GREGORY
                                                U.S. District Judge