UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROSA M. LUGO TORRES, et al

    Plaintiff(s)

    v.                                            CIVIL NO.  97-2440 (JAG)

WALTER TORRES MALDONADO,
et al

    Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 08/23/02<br>**Title:** Motion to Withdraw as Attorney of Record<br>**Dockets:** 154<br><br>[ ] Plffs   [X] Defts   [ ] Other | **GRANTED.** Successor counsel shall enter an appearance by **September 18, 2002.** |

Date: August 30, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge