UNITED STATES DISTRICT OF PUERTO RICO
DISTRICT OF PUERTO RICO

Rosa M. Lugo Torres, et al.
plaintiffs

vs.

Walter Torres Maldonado, et al.
Defendants

CIVIL NO. 97-2440 (JAG)

*CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R. 2002 OCT 15 PM 1:23 RECEIVED AND FILED*

## DESCRIPTION OF MOTION

Date Filed: 9/20/02   Docket: 156   Title: Motion to Withdraw Legal Representation and Notice of Appearance

☐ Plaintiff(s)   ☒ Defendant(s)   ☐ Other

## ORDER

☒ Granted   ☐ Moot
☐ Denied    ☐ Noted

October 8, 2002
Date

For Jay A. García-Gregory
Jay A. García-Gregory
U.S. District Judge

