UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROSA M. LUGO TORRES, <u>et al.</u>

**Plaintiffs**

CIVIL NO.   97-2440 (JAG)

v.

WALTER TORRES MALDONADO,
<u>et al.</u>

**Defendants**

---

### ORDER

The Court denies Docket Nos. 106, 108, 114, and 128 **without prejudice** pending resolution of the motions to dismiss presently before the Court.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 20th day of November, 2002.

_____
JAY A. GARCIA-GREGORY
United States District Judge