# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

*RECEIVED AND FILED*
*DEC 23 AM 11:33*
*U.S. CLERK'S OFFICE*
*SAN JUAN, P.R.*

ROSA M. LUGO TORRES, et al.

**Plaintiffs**

v.                                                              CIVIL NO. 97-2440 (JAG)

WALTER TORRES MALDONADO,
et al.

**Defendants**

---

| MOTION | ORDER |
|---|---|
| **Date Filed:** 12/12/02<br>**Title:** Motion Requesting Leave to Withdraw as Legal Representative<br>**Docket(s):** 160<br><br>☐ Plaintiffs    ☐ Third Party<br>X Defendant(s)   ☐ Other | **GRANTED.** Defendants shall file a motion with the name of successor counsel on or before January 11, 2003. |

Date: December 19, 2002

JAY A. GARCIA-GREGORY
United States District Judge