UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FIL

03 FEB -3 AM

ROSA M. LUGO TORRES, et al.

**Plaintiffs**

v.                                    CIVIL NO. 97-2440 (JAG)

WALTER TORRES MALDONADO,
et al.

**Defendants**

| MOTION | ORDER |
|---|---|

Date Filed: 01/27/03
Title: Motion Assuming Legal   **GRANTED.**
Representation
Docket(s): 162

☐ Plaintiffs        ☐ Third Party
X Defendant(s)   ☐ Other

Date: January 30, 2003

JAY A. GARCIA-GREGORY
United States District Judge


