IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROSA LUGO-TORRES, et al.

    **Plaintiffs,**

CIVIL NO. 97-2440(JAG)

v.

WALTER TORRES-MALDONADO, et al.

    **Defendants**

---

### ORDER

The motion for joinder (Docket No. 132) is granted.

An Opinion and Order on the pending motions to dismiss will issue shortly.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 7th day of April, 2003.

                    JAY A. GARCIA-GREGORY
                    U.S. District Judge


