# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

ROSA M. LUGO TORRES, et al.
**Plaintiffs**

v.

WALTER TORRES MALDONADO,
et al.
**Defendants**

**CIVIL NO.** 97-2440 (JAG)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 04/11/03<br>**Title:** Motion Requesting Modification of Trial Scheduling Order, to Clarify the Minutes of the Pre-Trial Conference and Informative<br>**Docket(s):** 167 | As there has been no opposition from defendants, this motion is **GRANTED.** |
| X Plaintiffs ☐ Third Party<br>☐ Defendant(s) ☐ Other | |
| **Date Filed:** 04/11/03<br>**Title:** Motion in Limine<br>**Docket(s):** 168 | As there has been no opposition from defendants, this motion is **GRANTED.** |
| X Plaintiffs ☐ Third Party<br>☐ Defendant(s) ☐ Other | |

**Date:** May 2, 2003

JAY A. GARCIA-GREGORY
United States District Judge



