UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROSA M. LUGO TORRES, et al.
  **Plaintiffs**

v.

WALTER TORRES MALDONADO,
et al.
  **Defendants**

CIVIL NO. 97-2440 (JAG)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 05/05/03<br>**Title:** Opposition to "Motion Requesting Modification of Trial Scheduling Order, to Clarify the Minutes of the Pre-Trial Conference and Informative"<br>**Docket(s):** 170<br><br>☐ Plaintiffs   ☐ Third Party<br>X Defendant(s)  ☐ Other | **GRANTED.**<br><br>The Pretrial/Settlement Conference set for **May 30, 2003 at 3:00pm** is hereby reinstated. This Court will not consider any further motions as to this matter. |

Date: May 8, 2003

JAY A. GARCIA-GREGORY
United States District Judge