UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROSA M. LUGO TORRES, et al.
**Plaintiffs**

**v.**

WALTER TORRES MALDONADO,
et al.
**Defendants**

CIVIL NO. 97-2440 (JAG)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 05/07/03 | |
| **Title:** Opposition to Defendant's Motion for Reconsideration and Plaintiff's Motion to Reconsider | **DENIED.** |
| | See Docket No. 174 and 176. |
| **Docket(s):** 175 | |
| **X Plaintiffs** ☐ **Third Party** | |
| ☐ **Defendant(s)** ☐ **Other** | |

**Date:** May 2ᵗʰ, 2003

_____
JAY A. GARCIA-GREGORY
United States District Judge

