IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROSA M. LUGO TORRES, et al
    **Plaintiff(s)**

v.                      CIVIL NO. 97-2440

WALTER TORRES MALDONADO, et al
    **Defendant(s)**

---

### ORDER

Pursuant to this Court's meeting with counsel on May 30, 2003 and the subsequent order of June 4 (Docket No. 184), the following motions in limine have been decided: Dockets No. 179, 180, 181, 182, and 183.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 4th day of June, 2003.

JAY A. GARCIA-GREGORY
United States District Judge

