IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROSA M. LUGO-TORRES, ET AL

Plaintiff(s)

v.                                               CIVIL NO. 97-2440 (JAG)

WALTER TORRES-MALDONADO, ET AL

Defendant(s)

## MINUTES OF SETTINGS

By order of the Court, this case has been assigned to Hon. George Z. Singal, visiting Chief Judge from Portland, Maine. Chief Judge Singal will be in Puerto Rico from June 16 to June 27, 2003. **A General Calendar Call is hereby set for June 16, 2003, at 8:30 a.m. The Jury Selection is hereby set for June 16, 2003, at 1:30 p.m. before Magistrate Judge Gustavo A. Gelpí. The Jury Trial will commence on June 17, 2003, at 8:30 a.m.**

The parties are advised of the following:

1. Attached herein is a copy of the calendar beginning on June 16, 2003. The cases will be reached for trial in the order that they appear on the calendar. The first trial will commence on June 17, 2003, at 8:30 a.m.

2. The daily trial schedule is from 8:30 a.m. to 5:00 p.m. There will be two 15 minutes breaks, one in the mid-morning and one in the early afternoon. Trials will begin each day promptly at 8:30 a.m.

3. All counsel and parties are to be present at the scheduled time. No delays or non-appearances will be tolerated.

4. Any requested voir dire, trial briefs, witness and exhibits lists, proposed jury instructions and verdict forms shall be filed no later than three (3) business days prior to the commencement of trial.

In San Juan, Puerto Rico, today 10th of June, 2003.

s/c: Jury Administrator (6/10/03, BG)                    Brenda Gonzalez-De la Concha
s/c: Counsel of record to be notified by fax.            Courtroom Deputy Clerk

# Calendar

*— Amended —*
*6/10/03*

## United States District Court for the District of Puerto Rico
### Before Honorable **GEORGE Z. SINGAL**

Monday, June 16, 2003

| Time | Case No. | Nature of Proceeding |
|---|---|---|
| 08:30 | **CV. 97-2440** (JAG) | General Calendar Call |

**Parties** — **Attorneys**

LUGO-TORRES, ROSA M., ET AL

*Aldarondo-Ortiz, Eliezer*
*Aliff-Ortiz, Claudio*
*Landrau-Pirazzi, Pablo*

vs.
TORRES-MALDONADO, WALTER, ET AL

*De-La-Matta-Melendez, Arlene*
*Maldonado-Colon, Mayra*
*Perez-Hernandez, Jose*

| | | |
|---|---|---|
| 09:00 | **CV. 02-1185** (PG) | Settlement Conference |

*added*

**Parties** — **Attorneys**

SOLER NIEVES, EDGARDO, ET AL

*Escanellas-Rivera, Anibal*

vs.
TYCO ELECTRONICS, ET AL

*Torres-Diaz, Pedro*

1

# Calendar

United States District Court for the District of Puerto Rico
Before Honorable **GEORGE Z. SINGAL**

Monday, June 16, 2003

| Time | Case No. | Nature of Proceeding |
|---|---|---|
| 09:30 | **CV. 01-2306** (*HL*) | Pretrial/Settlement Conf |

| Parties | Attorneys |
|---|---|
| PEREZ-VELAZCO, RAMON, ET AL | |
| | *Arocho-Maldonado, Amarilys* |
| | *Johnson, James* |
| vs. | |
| SUZUKI MOTOR CORP., | |
| | *Gnocchi-Franco, Antonio* |

| 10:00 | **CV. 01-2401** (*HL*) | General Calendar Call |
|---|---|---|

| Parties | Attorneys |
|---|---|
| PEREZ-RIVERA, AIDA | |
| | *Sanchez-Maceira, Raymond* |
| vs. | |
| CORNELL UNIVERSITY, ET AL | |
| | *Bauermeister-Baldric, Arturo* |

| 10:30 | **CV. 01-2523** (*HL*) | General Calendar Call |
|---|---|---|

| Parties | Attorneys |
|---|---|

2

# Calendar

United States District Court for the District of Puerto Rico
Before Honorable   **GEORGE Z. SINGAL**

Monday, June 16, 2003

| Time | Case No. | Nature of Proceeding |
|---|---|---|
| | JIMENEZ-HERNANDEZ, JUAN | |
| | | *Guzman-Dupont, Luis* |
| | | *Maldonado-Negron, Sonia* |
| | vs. | |
| | VIVONI, PIERRE, ET AL | |
| | | *Antonetti-Stutts, Salvador* |
| | | *Lopez-Lopez, Carlos* |
| 11:00 | **CV. 02-1336** (*HL*) | **Pretrial Conference** |
| | Parties | Attorneys |
| | TORRES RAMIREZ, KENNY | |
| | | *Hernandez-Arroyo, Mauricio* |
| | vs. | |
| | MERCADO, FERDINAND, ET AL | |
| | | *Antonetti-Stutts, Salvador* |
| 11:30 | **CV. 02-1885** (*HL*) | **General Calendar Call** |
| | Parties | Attorneys |

3

# Calendar

United States District Court for the District of Puerto Rico
Before Honorable **GEORGE Z. SINGAL**

Monday, June 16, 2003

| Time | Case No. | Nature of Proceeding |
|---|---|---|
| | MICROSOFT CORPORATION, | |
| | | *Perez-Diaz, Jorge* |
| | vs. | |
| | U.S.A. COMPUTERS, MR. ROBERTO, GONZALEZ | |
| | | *Castro-Velazquez, Julio* <br> *Hoglund, Heath W.* |
| 12:00 | **CV. 01-1400** (HL) | **Pretrial/Settlement Conf** |

**Parties**  **Attorneys**

GOMEZ-SOTO, EDGARDO, ET AL

*Berkan, Judith*
*Martinez-Umpierre, Manuel*
*Mendez-Vilella, Mary*

LA PROVANSE, INC.,

,

vs.
RIVERA-ORTIZ, WALTER, ET AL

*Antonetti-Stutts, Salvador*
*De-Jesus-Annoni, Gerardo*
*Landron-Guardiola, Eileen*

# Calendar

United States District Court for the District of Puerto Rico
Before Honorable   **GEORGE Z. SINGAL**

Monday, June 16, 2003

| Time | Case No. | Nature of Proceeding |
|---|---|---|
| | | *Rodriguez-Rodriguez, Anabelle* |
| 01:15 | CR. 03-0041 (JAG) | Sentence |
| | | SEALED |
| | **Parties** | **Attorneys** |
| | U.S.A., | |
| | | *Gonzalez de Miranda, Maritza* |
| 0 | vs.<br>S E A L E D | |
| | | *Carmona-Rodriguez, Jorge* |
| 01:30 | CV. 02-1885 (HL) | Hearing On Damages |
| | **Parties** | **Attorneys** |
| | MICROSOFT CORPORATION, | |
| | | *Perez-Diaz, Jorge* |
| | vs.<br>U.S.A. COMPUTERS, MR. ROBERTO, GONZALEZ | |
| | | *Castro-Velazquez, Julio*<br>*Hoglund, Heath W.* |