UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROSA M. LUGO TORRES, et al
    **Plaintiff(s)**

v.                      CIVIL NO. 97-2440

WALTER TORRES MALDONADO, et al
    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 06/02/03<br>**Title:** Urgent Motion Requesting Order to Compel More Detailed Assessment of Defendants' Witnesses Testimony<br>**Docket(s):** 183<br><br>**X Plaintiffs**   ☐ Third Party<br>☐ **Defendant(s)**   ☐ Other | **DENIED.** |

**Date:** June 11, 2003

JAY A. GARCIA-GREGORY
U.S. District Judge