UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



ROSA M. LUGO TORRES, et al
    **Plaintiff(s)**

v.                                CIVIL NO. 97-2440

WALTER TORRES MALDONADO, et al
    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 06/09/03<br>**Title:** Urgent Motion by all Plaintiffs to Compel Defendants to Express their Position Regarding Plaintiffs Settlement Offer<br>**Docket(s):** 186<br>X Plaintiffs    ☐ Third Party<br>☐ Defendant(s)    ☐ Other | Defendants shall provide their counteroffer to plaintiffs before the scheduled trial date. |
| **Date Filed:** 06/10/03<br>**Title:** Urgent Motion Requesting that the Court Partially Correct its Order Regarding Plaintiffs' Pending Production of Information and Informative<br>**Docket(s):** 188<br>X Plaintiffs    ☐ Third Party<br>☐ Defendant(s)    ☐ Other | **DENIED.**<br><br>Defendants' request, as granted by this Court and reflected in the minutes, was for information concerning mitigation of damages from 1997 until the present. |

Date: June 12, 2003                JAY A. GARCIA-GREGORY
                                                  U.S. District Judge