IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROSA LUGO-TORRES, et al.

    **Plaintiffs,**

v.

WALTER TORRES-MALDONADO, et al.

    **Defendants**

CIVIL NO. 97-2440(JAG)

---

### SETTLEMENT CONFERENCE REPORT

The Court met with counsel for a settlement conference. Following discussion, the parties have agreed to settle the case for the total amount of **$600,000**, to be apportioned among plaintiffs as they deem appropriate. Payment of the settlement amount shall occur within **120 days** from the date of this Order.

The Court will enter judgment dismissing the case **without prejudice** pending payment of the stipulated amount. After payment is made, the parties shall move the Court for entry of an amended judgment dismissing the case with prejudice.

Given their agreement, the Court hereby excuses the parties from attending the calendar call set for Monday, June 16, 2003.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 13th day of June, 2003.

_____
JAY A. GARCIA-GREGORY
United States District Judge