IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROSA LUGO-TORRES, <u>et al.</u>

    **Plaintiffs,**

CIVIL NO. 97-2440(JAG)

    v.

WALTER TORRES-MALDONADO, <u>et al.</u>

    **Defendants**

### JUDGMENT

In accordance with the Order issued today, the Court hereby enters judgment dismissing this case without prejudice.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 13th day of June, 2003.

JAY A. GARCIA-GREGORY
United States District Judge


