IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROSA LUGO-TORRES, <u>et al.</u>

    **Plaintiffs,**

    v.

WALTER TORRES-MALDONADO, <u>et al.</u>

    **Defendants**

CIVIL NO. 97-2440(JAG)

### AMENDED JUDGMENT

In accordance with the Settlement Agreement filed by parties on August 27, 2003 (Docket No. 196), the Court hereby amends its judgment of June 13, 2003 (Docket No. 194) in this matter to be a dismissal **with prejudice**.

All pending motions are hereby moot.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 29th day of August, 2003.

JAY A. GARCIA-GREGORY
United States District Judge



