UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROSA M. LUGO TORRES, et al
    **Plaintiff(s)**

v.                                CIVIL NO.  97-2440 (JAG)

WALTER TORRES MALDONADO, et al
    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 09/03/03<br>**Title:** Motion Requesting that the Court Reconsider its Amended Judgment at Docket No. 197<br>**Docket(s):** 198<br>X Plaintiffs   ☐ Third Party<br>☐ Defendant(s)   ☐ Other | **GRANTED.**<br>This Court hereby vacates its amended judgment, Docket No. 197 and reinstates its prior judgment of dismissal without prejudice, Docket No.194. Once plaintiffs have received full payment as established in the settlement agreement, they shall promptly request a dismissal with prejudice of all claims. |

**Date:** September 19, 2003

JAY A. GARCIA-GREGORY
U.S. District Judge