

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR.

2003 OCT 22  PM 1:09

RECEIVED AND FILED

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

ROSA M. LUGO TORRES, et al
    **Plaintiff(s)**

v.                                          CIVIL NO.   97-2440 (JAG)

WALTER TORRES MALDONADO, et al
    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10/16/03<br>**Title:** Motion Requesting Order from Court Finding Defendants in Contempt<br>**Docket(s):** 200<br>X Plaintiffs     ☐ Third Party<br>☐ Defendant(s)   ☐ Other | **GRANTED.**<br>This Court hereby finds defendants in contempt of its order of June 13, 2003 and imposes sanctions in the amount of $1,000.00. Defendants have until October 29, 2003 to deposit the settlement amount or face more severe sanctions. |

Date: October 21, 2003

JAY A. GARCIA-GREGORY
U.S. District Judge


