# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



ROSA M. LUGO TORRES, et al
    **Plaintiff(s)**

v.                                          CIVIL NO. 97-2440 (JAG)

WALTER TORRES MALDONADO, et al
    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10/23/03<br>**Title:** Motion for Reconsideration<br>**Docket(s):** 202<br><br>☐ Plaintiffs    ☐ Third Party<br>X Defendant(s)    ☐ Other | **GRANTED.**<br>The checks shall be deposited forthwith. |
| **Date Filed:** 10/23/03<br>**Title:** Motion to Deposit Funds<br>**Docket(s):** 203<br><br>☐ Plaintiffs    ☐ Third Party<br>X Defendant(s)    ☐ Other | **GRANTED.** |
| **Date Filed:** 10/27/03<br>**Title:** Motion to Deposit Funds<br>**Docket(s):** 204<br><br>☐ Plaintiffs    ☐ Third Party<br>X Defendant(s)    ☐ Other | **GRANTED.** |
| **Date Filed:** 10/29/03<br>**Title:** Informative Motion<br>**Docket(s):** 205<br><br>☐ Plaintiffs    ☐ Third Party<br>X Defendant(s)    ☐ Other | **NOTED.** |





**Date Filed:** 10/29/03
**Title:** Motion to Deposit Funds     **GRANTED.**
**Docket(s):** 206

☐ Plaintiffs        ☐ Third Party
X Defendant(s)    ☐ Other

Date:  October 30, 2003

JAY A. GARCIA-GREGORY
U.S. District Judge