

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



RECEIVED AND FILED

ROSA M. LUGO TORRES, et al
    **Plaintiff(s)**

       **v.**                           **CIVIL NO.**   97-2440 (JAG)

WALTER TORRES MALDONADO, et al
    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10/30/03<br>**Title:** Motion to Deposit Funds<br>**Docket(s):** 207<br><br>☐ **Plaintiffs**    ☐ **Third Party**<br>**X Defendant(s)**   ☐ **Other** | **GRANTED.** |
| **Date Filed:** 10/30/03<br>**Title:** Motion for Finding of Contempt<br>**Docket(s):** 208<br><br>**X Plaintiffs**    ☐ **Third Party**<br>☐ **Defendant(s)**  ☐ **Other** | This matter is hereby referred to Magistrate-Judge Gustavo A. Gelpí for a hearing and decision. |
| **Date Filed:** 11/03/03<br>**Title:** Request for Post-Judgment Remedies<br>**Docket(s):** 210<br><br>☐ **Plaintiffs**    ☐ **Third Party**<br>**X Defendant(s)**  ☐ **Other** | This matter is hereby referred to Magistrate-Judge Gustavo A. Gelpí for a hearing and decision. |

**Date:** November 5, 2003

JAY A. GARCIA-GREGORY
U.S. District Judge