IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROSA M. LUGO TORRES, et. al.

Plaintiffs

v.                                              CIVIL NO. 97-2440 (JAG)

WALTER TORRES MALDONADO, et. al.

Defendants

---

## ORDER

A show cause hearing on plaintiffs' *Motion for Finding of Contempt* (Docket No. 203) is hereby set for **Monday, November 17, 2003 at 4:00 p.m.** before the undersigned.

Each defendant or a designated representative thereof (in the case of the Municipality of Peñuelas and Southwestern Consortium) shall attend the hearing along with counsel.

The Court advises the defendants that the unexcusable failure to satisfy the judgment in this case on or before the contempt hearing may result in the parties being found in further contempt of court, and the issuance of attachment order(s) by the Court.

**SO ORDERED.**

In San Juan, Puerto Rico this 7th day of November, 2003.

GUSTAVO A. GELPI
United States Magistrate-Judge