IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROSA M. LUGO TORRES, et. al.

Plaintiffs

v.  CIVIL NO. 97-2440 (JAG)

WALTER TORRES MALDONADO, et. al.

Defendants

## MINUTES OF PROCEEDINGS AND ORDER

A contempt hearing was held today before the undersigned. Plaintiffs were represented by attorneys Claudio Aliff and Pablo Landrau Pirazzi. Defendants were represented by attorneys María Soledad Piñeiro, Luis Pabón Roca and Grisselle González.

The defendants informed the Court that nine (9) out of the ten (10) Municipalities which comprise the Southwestern Consortium have each made available $60,000.00 of the total $ settlement sum of $600,000. Only the Municipality of Maricao has failed to pay its share.

The Court informed the parties that it would issue an order requiring the Municipality of Maricao to pay its share; or otherwise, be subject to an order of attachment.

Counsel for codefendants are hereby ordered to immediately provide copy of both orders issued by the Court today to counsel for the Municipality of Maricao.

**SO ORDERED.**

In San Juan, Puerto Rico this 18th day of November, 2003.

GUSTAVO A. GELPI
United States Magistrate-Judge

