UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROSA M. LUGO TORRES, et al
    **Plaintiff(s)**

v.                                    **CIVIL NO.** 97-2440 (JAG)

WALTER TORRES MALDONADO, et al
    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 11/18/03<br>**Title:** Motion to Deposit Funds<br>**Docket(s):** 216 | **GRANTED.** |
| ☐ Plaintiffs      ☐ Third Party<br>X Defendant(s)     ☐ Other | |

Date: November 21, 2003          JAY A. GARCIA-GREGORY
                                               U.S. District Judge
