UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO




ROSA M. LUGO TORRES, et al
    **Plaintiff(s)**

v.                       **CIVIL NO.** 97-2440 (JAG)

WALTER TORRES MALDONADO, et al
    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 11/21/03<br>**Title:** Motion Requesting Leave to Withdraw Settlement Funds and for Issuance of Individual Checks<br>**Docket(s):** 220 | **GRANTED.**<br>The checks shall be issued as detailed in plaintiffs' motion. |

**X Plaintiffs**    ☐ Third Party
☐ **Defendant(s)**    ☐ Other

Date: December 3, 2003                  JAY A. GARCIA-GREGORY
                                              U.S. District Judge



Finance