UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROSA M. LUGO TORRES, et al
    **Plaintiff(s)**

v.                    **CIVIL NO.**   97-2440 (JAG)

WALTER TORRES MALDONADO, et al
    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10/30/03<br>**Title:** Motion for Contempt<br>**Docket(s):** 208 | **MOOT.**<br>See Docket No. 217. |
| X Plaintiffs    ☐ Third Party<br>☐ Defendant(s)    ☐ Other | |
| **Date Filed:** 11/03/03<br>**Title:** Motion for Hearing to Show Cause<br>**Docket(s):** 210 | **MOOT.**<br>See Docket No. 217. |
| ☐ Plaintiffs    ☐ Third Party<br>X Defendant(s)    ☐ Other | |
| **Date Filed:** 11/05/03<br>**Title:** Motion for Joinder of Request for Post-Judgment Remedies<br>**Docket(s):** 211 | **MOOT.**<br>See Docket No. 217. |
| ☐ Plaintiffs    ☐ Third Party<br>X Defendant(s)    ☐ Other | |
| **Date Filed:** 11/06/03<br>**Title:** Motion for Reconsideration<br>**Docket(s):** 212 | **GRANTED.** |
| ☐ Plaintiffs    ☐ Third Party<br>☐ Defendant(s)    ☐ Other | |

| | |
|---|---|
| **Date Filed:** 11/12/03<br>**Title:** Motion Joining and Adopting Opposition to Motion for Contempt and Joining Request for Post-Judgment Remedies<br>**Docket(s):** 215 | **MOOT.**<br>See Docket No. 217. |
| ☐ **Plaintiffs**     ☐ **Third Party**<br>☐ **Defendant(s)**  ☐ **Other** | |

| | |
|---|---|
| **Date Filed:** 12/01/03<br>**Title:** Motion to Extend Time for 60 days<br>**Docket(s):** 222 | **GRANTED.**<br>The Municipality of Maricao is hereby advised, however, that this Court expects strict compliance with the 60 day deadline. Failure to abide by the deadline will result in severe sanctions. |
| ☐ **Plaintiffs**     ☐ **Third Party**<br>☐ **Defendant(s)**  X **Other** | |

| | |
|---|---|
| **Date Filed:** 11/21/03<br>**Title:** Motion for Writ of Attachment<br>**Docket(s):** 223 | **DENIED** without prejudice.<br>Plaintiff's are advised that they may resubmit their request if the Municipality of Maricao does not comply with the 60 day deadline to make the necessary payment. |
| X **Plaintiffs**     ☐ **Third Party**<br>☐ **Defendant(s)**  ☐ **Other** | |

**Date:** December 12, 2003

JAY A. GARCIA-GREGORY
U.S. District Judge