UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROSA M. LUGO TORRES, et al
**Plaintiff(s)**

v.

WALTER TORRES MALDONADO, et al
**Defendant(s)**

CIVIL NO. 97-2440 (JAG)

| MOTION | ORDER |
|---|---|
| Date Filed: 02/17/04<br>Title: Motion Reiterating Request for Order of Contempt<br>Docket(s): 235<br><br>X Plaintiffs      ☐ Third Party<br>☐ Defendant(s)    ☐ Other | Defendant the Municipality of Maricao has until **February 26, 2004** to show cause as to why this motion should not be granted. |

Date: February 23, 2004

JAY A. GARCIA-GREGORY
U.S. District Judge

By Jac:
E. Aldarondo
K. Colón
M. Vila
J. Gonzalez
N.S. Piñero
 del Valle
Lcdo. H. Pérez Valentín (failed)
Lcdo. H. Pérez Valentín recent # (787) 838-3084