IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Rosa M. Lugo Torres, et als
Plaintiffs

v.

Walter Torres Maldonado, et als
Defendants

Civil No. 97-2440 (JAG)

RECEIVED AND FILED
04 MAR -4 AM 9: 05
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

RECEIPT # 143758
AMOUNT: $30,000.00
MAR - 4 2004
CASHIER SIGNATURE

## MOTION CONSIGNING PARTIAL FUNDS IN SATISFACTION OF JUDGMENT

**COME NOW**, Gilberto Pérez Valentín, in his official capacity as Mayor of Maricao, in his own right, and very respectfully states and prays as follows:

1. On November 18th, 2003 this Honorable, ordered to the Municipality of Maricao, to deposit in the Court, the sum of $60,000.00 for the payment of its share, of the total settlement sum, in this case.

2. In compliance with the order, the Municipality of Maricao has issued an official check payable to the Order of the Clerk of the United States District Court for the District of Puerto Rico, in the amount of thirty thousand dollars ($30,000.00), for the partial payment of the total amount mentioned ($60,000.00).

3. The Municipality of Maricao will continue make efforts, to obtain an emergency loan from the Governmental Bank of Puerto Rico (BGF), to comply with the total amount of it share in the settlement. Notwithstanding, at this time we don't have the approval of the loan yet.

4. We estimate a total period of another forty-five (45) days to obtain the approval of the loan and/or to consign the other partial amount of the share ($30,000.00)

Case 3:97-cv-02440-JAG    Document 237    Filed 03/04/2004    Page 2 of 2

**WHEREFORE**, it is respectfully requested from this Honorable Court that it directs the clerk of the Court to accept the consigning of the partial payment of funds being made today and grant the term of forty-five (45) days to deposit in this Honorable Court the other partial payment of $30,000.00

**IT IS HEREBY CERTIFIED**: That a true and exact copy of this document was sent via fax on this day to Attorney Kenneth Colón, Civil Rights Legal Task Force, PR Department of Justice (787) 641-7477; Attorney Marta Vila, Sánchez Betances & Sifre, (787) 753-6580; Attorney Grisselle González, Facio & Pabón Roca (787) 777-0737, Attorney María Soledad Piñeiro Soler, (787) 758-4236; and to Attorney Eliezer Aldarondo (787) 759-7841.

In San Juan, Puerto Rico, this March 2, 2004.

HON. GILBERTO PÉREZ VALENTÍN
Mayor, Municipality of Maricao
Apartado 837
Maricao PR 00606
Tel (787) 838-2290 Fax (787) 838-2520