UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROSA M. LUGO TORRES, et al
    **Plaintiff(s)**

        **v.**

WALTER TORRES MALDONADO, et al
    **Defendant(s)**

**CIVIL NO.** 97-2440 (JAG)

**ORDER**

The Municipality of Maricao is hereby advised that they have until **April 21, 2004** to deposit the remaining funds. *No further extensions shall be granted*. In addition, should the Municipality not deposit the funds by the due date, this Court shall impose sanctions in the amount of one thousand dollars ($1,000.00) per day for each day of non-compliance after the deadline.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 17th of March, 2004.

        S/ Jay A. Garcia-Gregory
        JAY A. GARCIA-GREGORY
        United States District Judge