UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROSA M. LUGO TORRES, et al
    **Plaintiff(s)**

    **v.**

WALTER TORRES MALDONADO, et al
    **Defendant(s)**

**CIVIL NO.** 97-2440 (JAG)

**ORDER**

On March 17, 2004, this Court issued an order that set a final deadline of April 21, 2004 for the Municipality of Maricao to deposit the remaining settlement funds in the present action (see Docket No.239). In addition, the order stipulated that failure to deposit the funds by the due date would result in <u>sanctions in the amount of one thousand dollars ($1,000.00) per day for each day of non-compliance after the deadline</u>. The Municipality of Maricao did not deposit the settlement funds until May 7, 2004, after a Motion for Writ of Execution had been granted on April 30, 2004. The Municipality of Maricao is hereby ordered to show cause no later than May 21, 2004 as to why it did not comply with the established deadline, and why it has failed to deposit sanctions in the amount of $11,000, as previously established by this Court.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 11th of May, 2004.

                                    <u>S/ Jay A. Garcia-Gregory</u>
                                    JAY A. GARCIA-GREGORY
                                    United States District Judge