IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Rosa M. Lugo Torres, et als
Plaintiffs

v.

Walter Torres Maldonado, et als
Defendants

Civil No. 97-2440 (JAG)

## MOTION CONSIGNING PARTIAL FUNDS IN TOTAL SATISFACTION OF JUDGMENT

**COME NOW**, Gilberto Pérez Valentín, in his official capacity as Mayor of Maricao, in his own right, and very respectfully states and prays as follows:

1. On November 18th, 2003 this Honorable, ordered to the Municipality of Maricao, to deposit in the Court, the sum of $60,000.00 for the payment of its share, of the total settlement sum, in this case.

2. In compliance with the order, the Municipality of Maricao issued an official check payable to the order of the Clerk of the United States District Court for the District of Puerto Rico, in the amount of thirty thousand dollars ($30,000.00), for the partial payment of the total amount mentioned ($60,000.00). This partial payment of thirty thousand dollars ($30,000.00) was deposit with the Clerk of this Honorable Court, previously.

3. The Municipality of Maricao has issued another official check, number 024125, payable to the order of the Clerk of the United States District Court for the District of Puerto Rico, in the amount of thirty thousand dollars ($30,000.00).

4. On May 7, 2004 the Municipality of Maricao, deposited with the Clerk of this Honorable Court, the second payment of thirty thousand dollars ($30,000.00) in full satisfaction of the payment of its share, in the total settlement sun, in this case.

**WHEREFORE,** it is respectfully requested from this Honorable Court, to take knowledge about this, and to accept the consigned of funds made on May 7, 2004, and that it deems defendants in full satisfaction of the payment of the share of the Municipality of Maricao, in the total settlement sum, in this case.

**IT IS HEREBY CERTIFIED**: That a true and exact copy of this document was sent via fax on this day to Attorney Kenneth Colón, Civil Rights Legal Task Force, PR Department of Justice (787) 641-7477; Attorney Marta Vila, Sánchez Betances & Sifre, (787) 753-6580; Attorney Grisselle González, Facio & Pabón Roca (787) 777-0737; Attorney María Soledad Piñeiro Soler, (787) 758-4236; and to Attorney Eliezer Aldarondo (787) 759-7841.

In San Juan, Puerto Rico, this May 11, 2004.

**HON. GILBERTO PÉREZ VALENTÍN**
Mayor
Municipality of Maricao
Apartado 837
Maricao PR  00606
Tel (787) 838-2290 Fax (787) 838-2520