IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ROSA M. LUGO TORRES, ET AL.<br><br>Plaintiffs<br><br>v.<br><br>WALTER TORRES MALDONADO, ET AL.<br><br>Defendants | CIVIL NO. 97-2440 (JAG)<br><br><br><br>CIVIL RIGHTS, DAMAGES, INJUNCTION AND TRIAL BY JURY |

**MOTION REQUESTING ISSUANCE OF CHECKS FROM THE AMOUNT DEPOSITED BY THE MUNICIPALITY OF MARICAO BY WAY OF *MOTION CONSIGNING PARTIAL FUNDS I TOTAL SATISFACTION OF JUDGMENT***

Come now the plaintiffs, through the undersigned legal representation, and respectfully state and pray:

1. The Municipality of Maricao and its Mayor filed the motion of reference in the title, by which $30,000.00 were deposited with the Clerk of the Court to complete the $60,000.00 which they were to pay the plaintiffs according to the settlement reached in the case.

2. The seven (7) plaintiffs hereby request that the amount of $30,000.00 deposited with the Court be divided into individual checks as follows:

      a.    Miguel Pacheco Quiñones  -  $2,857.14
      b    Ernesto González  -  $2,857.14
      c.    Felícita Martínez Alicea  -  $2,857.14
      d.    María Centeno Aquino  -  $2,857.14
      e.    Rosa Lugo Torres  -  $2,857.15
      f.    Rosa Ramos  -  $2,857.14
      g.    Lidian Vega Albino  -  $2,857.15

Also, plaintiffs request that one (1) check be issued in the amount of $10,000.00 for attorneys' fees, as agreed upon with the plaintiffs for the litigation of this case, made to the order of Aldarondo & López Bras.

3. Plaintiffs do not waive by this request the sanctions imposed by the Court by order dated May 11, 2004, in which the Municipality of Maricao was instructed to show cause as to why it failed to deposit the amount of $11,000.00 in addition to the $30,000.00 deposited by them on May 7, 2004.

1) **WHEREFORE**, plaintiffs pray to the Court to take notice of the above and;

2) Request that checks from the amount of $30,000.00 already deposited be issued as requested herein by the plaintiffs.

It is hereby certified that notice of this motion has been served by fax to the following non-ECF participants: Kenneth Colón, Esq., 787-977-7729; Marta Vilá, Esqress., 787-753-6580; Grisselle González Negrón, Esqress., 787-777- 0737; María Soledad Piñeiro Soler, Esqress., 787-758-4236; and Gilberto Pérez Valentín, Fax 787-838-2520

Respectfully submitted in San Juan, Puerto Rico this May 13, 2004.

.

s\ Iván M. Castro Ortiz

**Iván M. Castro Ortiz - USDC-PR NO. 214-703**
**Attorney for Plaintiffs**
**ALDARONDO & LÓPEZ BRAS**
588 Hostos Avenue, Baldrich Urb.
Hato Rey, Puerto Rico 00918
Tel. 787-474-5447
Fax. 787-474-5451
e-mail address: icastro@alblegal.net