IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **ROSA M. LUGO TORRES, ET AL.**<br><br>Plaintiffs<br><br>v.<br><br>**WALTER TORRES MALDONADO, ET AL.**<br><br>Defendants | **CIVIL NO. 97-2440 (JAG)**<br><br><br><br>CIVIL RIGHTS, DAMAGES, INJUNCTION AND TRIAL BY JURY |

**MOTION REQUESTING DISBURSEMENT OF FUNDS**

Come now the plaintiffs, through the undersigned legal representation, and respectfully state and pray:

1. By order dated June 8, 2004, this Honorable Court granted plaintiffs' motion for the withdrawal of the final $30,000.00 deposited by the Municipality of Maricao of the settlement amount agreed upon in the case at bar.

2. The seven (7) plaintiffs hereby request that the amount of $30,000.00 deposited with the Court be divided into individual checks as follows:

| | | | |
|---|---|---|---|
| a. | Miguel Pacheco Quiñones | - | $2,857.14 |
| b | Ernesto González | - | $2,857.14 |
| c. | Felícita Martínez Alicea | - | $2,857.14 |
| d. | María Centeno Aquino | - | $2,857.14 |
| e. | Rosa Lugo Torres | - | $2,857.15 |
| f. | Rosa Ramos | - | $2,857.14 |
| g. | Lidian Vega Albino | - | $2,857.15 |

Also, plaintiffs request that one (1) check be issued in the amount of $10,000.00 for attorneys' fees, as agreed upon with the plaintiffs for the litigation of this case, made to the order of Aldarondo & López Bras.

**WHEREFORE**, plaintiffs pray to the Court to take notice of the above and that checks from the amount of $30,000.00 already deposited be issued as requested herein.

It is hereby certified that notice of this motion has been served by fax to the following non-ECF participants: Kenneth Colón, Esq., 787-977-7729; Marta Vilá, Esqress., 787-753-6580; Grisselle González Negrón, Esqress., 787-777- 0737; María Soledad Piñeiro Soler, Esqress., 787-758-4236; and Gilberto Pérez Valentín, Fax 787-838-2520

Respectfully submitted in San Juan, Puerto Rico this June 8, 2004.

.

s\ Iván M. Castro Ortiz

**Iván M. Castro Ortiz - USDC-PR NO. 214-703**
**Attorney for Plaintiffs**
**ALDARONDO & LÓPEZ BRAS**
588 Hostos Avenue, Baldrich Urb.
Hato Rey, Puerto Rico 00918
Tel. 787-474-5447
Fax. 787-474-5451
e-mail address: icastro@alblegal.net